AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

The Upper Deck Company, Inc.

### V.

Frontline Collectibles, Inc.; Blowout Cards; Does 1-20, Inclusive

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**     11cv1212-BTM(BGS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the entire action is Dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

| May 15, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ E. Silvas

(By) Deputy Clerk

ENTERED ON May 15, 2012